No. 78–5950.  HAYWOOD *v.* ILLINOIS, 440 U. S. 948.  Motion for leave to file petition for rehearing denied.

JUNE 5, 1979

No. 78–874.  ROTH ET AL. *v.* BANK OF THE COMMONWEALTH.  C. A. 6th Cir.  [Certiorari granted, 440 U. S. 944.]  Writ of certiorari dismissed under this Court's Rule 60.

JUNE 11, 1979

No. 78–1482.  MEYERS *v.* CHILCOTE.  Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1590.  JONES *v.* COMMITTEE OF LEGAL ETHICS OF THE WEST VIRGINIA STATE BAR.  Appeal from Sup. Ct. App. W. Va. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6553.  LUPERT *v.* COLLEGE OF LAW OF SYRACUSE UNIVERSITY.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6581.  CROSS *v.* CHURCH, COUNTY CLERK-RECORDER OF SAN MATEO COUNTY, ET AL.  Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.